**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6577**

———————

ROBERT WILLIAM PETTY,

            Petitioner – Appellant,

        v.

WARDEN JAMES CROSS,

            Respondent – Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:09-cv-00100-REM-DJJ)

———————

Submitted:  September 30, 2010        Decided:  October 8, 2010

———————

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert William Petty, Appellant Pro Se.  Rita R. Valdrini,
Assistant United States Attorney, Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert William Petty, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Petty v. Cross</u>, No. 2:09-cv-00100-REM-DJJ (N.D.W. Va. Apr. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>